**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-21010-Civ-COOKE/TORRES**

R.J. WOLFE,

Plaintiff,

vs.

MERRILL LYNCH,

Defendant.

_______________________________________/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED *with prejudice*** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorney's fees and costs. *See* Joint Stipulation for Dismissal with Prejudice, ECF No. 19. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED *as moot***.

**DONE and ORDERED** in chambers at Miami, Florida, this 26TH day of October 2016.

Marcia G. Cooke

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*